IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | ORDER |
| Plaintiff, | |
| | 13-cv-818-bbc |
| v. | |
| ROBERT J. BESTEMAN and HELEN L. BESTEMAN, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff United States of America has filed a motion to dismiss a counterclaim asserted by defendants Robert J. Besteman and Helen L. Besteman on the ground that defendants did not exhaust their administrative remedies. Dkt. #8. However, only a few days ago, Magistrate Judge Stephen Crocker put the case on hold until February 28, 2014, to allow defendants to obtain counsel. Accordingly, IT IS ORDERED that plaintiff United States of America's motion to dismiss is DENIED WITHOUT PREJUDICE to its refiling the motion after the preliminary pretrial conference scheduled for February 28, 2014.

Entered this 3d day of February, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge