## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                            Plaintiff,                       ORDER

    v.

                                             13-cv-818-jdp

ROBERT J. BESTEMAN and
HELEN L. BESTEMAN,

                           Defendants.

A telephone status conference was held in this case on June 23, 2015, before Magistrate Judge Stephen L. Crocker.  At that conference, counsel reported that this case may settle, but that the governmental review and approval needed at this point make it impossible to know how long it will be before the entire matter will be concluded. Therefore, the court will close this case administratively, subject to being reopened after the parties decide how to proceed or for the purpose of putting the parties' settlement agreement into the record.

Entered: June 24, 2015.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge